Jonathan O. Hafen (6096)
Daniel Sorenson (1801)
Parr Brown Gee & Loveless, P.C.
101 South, 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
jhafen@parrbrown.com
dsorenson@parrbrown.com

Jenny Gassman-Pines (*admitted pro hac vice*)
Gina Tonn (*admitted pro hac vice*)
Greene Espel PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
(612) 373-0830
jgassman-pines@greeneespel.com
gtonn@greeneespel.com

*Attorneys for Cargill*

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| Cargill, Incorporated,<br><br>               Plaintiff,<br><br>v.<br><br>Matthew Leak,<br><br>               Defendant,<br><br>    And<br><br>Matthew Leak,<br><br>               Counterclaim Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Case No.  23-cv-00029 (HCN/DAO)**<br><br>(Judge Howard C. Nielson, Jr.)<br>(Magistrate Judge Daphne A. Oberg) |

v.

Cargill, Incorporated,

    Counterclaim Defendant.

Plaintiff and Counterclaim Defendant Cargill, Inc. and Defendant and Counterclaim Plaintiff Matthew Leak, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to dismissal of Cargill's Complaint and Leak's Counterclaims, in their entirety and with prejudice, with each side to bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated: July 15, 2024 | **GREENE ESPEL PLLP** |
| | s/*Gina M. Tonn*<br>Jenny Gassman-Pines, Reg. No. 0386511<br>(*admitted pro hac vice*)<br>Gina M. Tonn, Reg No. 0504172<br>(*admitted pro hac vice*)<br>222 S. Ninth Street, Suite 2200<br>Minneapolis, MN 55402<br>jgassman-pines@greeneespel.com<br>gtonn@greeneespel.com<br>(612) 373-0830 |

And

Jonathan O. Hafen (6096)
Daniel S. Sorenson (1801)
Parr Brown Gee & Loveless, P.C.
**PARR BROWN GEE & LOVELESS, P.C.**
101 South, 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
jhafen@parrbrown.com
dsorenson@parrbrown.com

*Attorneys for Cargill, Inc.*

Dated:  July 15, 2024              BENNETT TUELLER JOHNSON & DEERE


<u>s/ *Eric G. Goodrich*</u>
Eric G. Goodrich (11050)
Jarom R. Jones (16077)
Michael R. Morris (18481)3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 438-2000
egoodrich@btjd.com
jjones@btjd.com
mmorris@btjd.com

Attorneys for Matthew Leak